# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132077

GARY L. BUSH, SR., as Guardian
of Gary E. Bush, a Protected Person,
      Plaintiff-Appellee,

v

SPECTRUM HEALTH BUTTERWORTH
CAMPUS,
      Defendant-Appellant,

and

BEHROOZ-BRUCE SHABAHANG,
M.D., JOHN CHARLES HEISER, M.D.,
WEST MICHIGAN CARDIOVASCULAR
SURGEONS, GEORGE T. SUGIYAMA,
M.D., MASHRAF MANSOUR, M.D.,
VASCULAR ASSOCIATES, P.C., and

      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132077
COA: 270897
Kent CC: 06-000982-NM

On order of the Court, the application for leave to appeal the August 4, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

11120